JaVonne M. Phillips, Esq. SBN 187474
Mishaela J. Graves, Esq. SBN 259765
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services LLC, it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:10-bk-22931-DS |
| | ) |
| | ) Chapter 13 |
| Bryan Alan Pinkley, | ) |
| Rebecca Anne Pinkley, | ) |
| | ) **OBJECTION TO CONFIRMATION** |
| Debtors. | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date: 6/1/2010 |
| | ) Time: 9:00 AM |
| | ) Place: 3420 Twelfth Street, Room 100 |
| | )         Riverside, CA |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date: 6/22/2010 |
| | ) Time: 1:30 PM |
| | ) Ctrm: 302, 3rd |
| | ) Place: 3420 Twelfth Street |
| | )         Riverside, CA |
| | ) |
| | ) |
| | ) Judge: Deborah J. Saltzman |
| | ) |

Aurora Loan Services LLC, its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Bryan Alan Pinkley and Rebecca Anne Pinkley ("Debtors").

1.  This objecting Secured Creditor services is entitled to receive payments pursuant to a Promissory Note which matures on 11/1/2036 and is secured by a Deed of Trust on the subject property commonly known as 46217 Toy Court, Temecula, CA 92592. As of 4/29/2010, the amount in default was $29,291.81, as described in the Proof of Claim filed by this Secured Creditor on or about 6/7/2010, incurred with respect to the default. **See Exhibit "1"**

2.  Secured Creditor objects to the proposed Plan on the basis that it does not provide for the full amount of pre-petition arrearages owed to Secured Creditor. The proposed Plan erroneously lists the name of Secured Creditor as Real Time Resolutions, Inc. and provides for arrearages in the amount of $26,268.00. To cure the correct and full amount of pre-petition arrearages of $29,291.81 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $488.20 per month from the Debtors through the Plan.

3.  Secured Creditor additionally objects to the proposed Plan on the basis Debtors' income cannot support the Plan payment. Debtors' proposed Plan provides for payments to the Trustee in the amount of $856.00 per month for 39 months, then $1,342.00 per month for 12 months, then $1,635.00 per month for 9 months. However, Debtors' Schedules I and J list a monthly net income of $856.00. A true and correct copy of Debtors' Schedules I and J is attached hereto as **Exhibit "2"**. Based upon the foregoing, Debtors do not have sufficient funds available to cure the arrears over the term of the Plan within 60 months and the Plan is clearly not feasible.

4.  Secured Creditor additionally objects to the proposed Plan on the basis that plan payments are not in equal amounts. 11 U.S.C. § 1325(a)(5)(B)(iii) requires that if a plan provides for distribution of property in the form of periodic payments, the payments "shall be in equal monthly amounts." As discussed above, Debtors' proposed Plan provides for payments to the Trustee in the amount of $856.00 per month for 39 months, then $1,342.00 per month for 12 months, then $1,635.00 per month for 9 months. Based upon the foregoing, the proposed Plan

violates 11 U.S.C. § 1325 and is therefore not confirmable. A true and correct copy of Debtors' Plan is attached hereto as **Exhibit "3".**

5. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Mishaela J. Graves, Esq.
    Attorney for Secured Creditor
    Aurora Loan Services LLC, its
    assignees and/or successors

| In re: Bryan Alan Pinkley and Rebecca Anne Pinkley, | CHAPTER 13 |
|---|---|
| Debtors. | CASE NUMBER 6:10-bk-22931-DS |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described <u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN; PROOF OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/8/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| UNITED STATES TRUSTEE | TRUSTEE | COUNSEL FOR DEBTORS |
|---|---|---|
| ustpregion16.rs.ecf@usdoj.gov | Rod (DS) Danielson | Gregory J. Doan |
| | efile@rodan13.com | ecf@doanlaw.com |

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **6/8/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

DEBTORS - Bryan Alan Pinkley, Rebecca Anne Pinkley, 46217 Toy Court, Temecula, CA 92592
JUDGE'S COPY - The Honorable Deborah J. Saltzman, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Suite 345, Riverside, CA, 92501-3819

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **6/8/2010** | **David Fry** | **/s/ David Fry** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: Bryan Alan Pinkley and Rebecca Anne Pinkley, | CHAPTER 13 |
|---|---|
| Debtors. | CASE NUMBER 6:10-bk-22931-DS |

**ADDITIONAL SERVICE INFORMATION**

**SPECIAL NOTICE**
Harley-Davidson Credit Corporation
P.O. Box 829009
Dallas, TX 75382

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                 **F 9013-3.1**